# Exhibit 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **CAPITAL TITLE OF TEXAS, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 26-1235** |
| | § | |
| **CITIBANK, N.A.,** | § | |
| | § | |
| **Defendant.** | § | |

**AFFIDAVIT IN SUPPORT OF DEFENDANT CITIBANK, N.A.'S MOTION TO DISMISS**

1. My name is Hetalba Parmar. I am over the age of twenty-one years, have never been convicted of a felony or crime involving dishonesty, and am fully competent to testify to the matters stated in this declaration. All statements included in this declaration are based on my personal knowledge, on knowledge I acquired in the ordinary course of business working for Citibank, N.A. ("Citibank"), or from reviewing business records of Citibank that were prepared and maintained by Citibank in the ordinary course of business.

2. I have been employed by Citibank for approximately 24 years. Currently, I am the manager for Citibank's Studio City, California branch. In that capacity, my job responsibilities require me to have knowledge of bank accounts at Citibank's Studio City branch, including without limitation the opening and maintenance of such accounts, and I have knowledge of and access to Citibank's records concerning such accounts, including the account discussed in this affidavit.

3. In August 2023, Marissa Gonzales, the sole member and owner of Verdant Management Company LLC, requested that a business deposit account be opened at Citibank. Citibank's records concerning this account indicate that Verdant Management Company LLC is a

limited liability company maintaining a principal address at 3768 Berry Dr, Studio City, California 91604, and that Ms. Gonzales is the sole member/signer on the account. The business's Employer Identification Number is 93-3067242. The account application was signed by Ms. Gonzales on August 30, 2023, and the bank account number for Verdant Management Company LLC's deposit account is 208419861.

4. I have reviewed Plaintiff's Amended Third-Party Petition, which alleges that Capital Title of Texas, LLC's payoff funds were wired to an account at Citibank identified in fraudulent wiring instructions. The account to which those funds were wired was the Verdant Management Company LLC account described above, account number 208419861. Verdant Management Company LLC applied for its business deposit account through Citibank's Studio City, California branch. Based on my review of Citibank's business records, the wire transfers at issue was credited to the Verdant Management Company LLC account at Citibank's Studio City, California branch.

5. Attached as Exhibit A to this affidavit are true and correct copies of the customer's business deposit account application and account signature card with Citibank. The documents comprising Exhibit A were made at or near the time of the events recorded therein, by or from information transmitted by a person with knowledge of the matters set forth therein. They were kept in the course of Citibank's regularly conducted business activity, and it was Citibank's regular practice to make and maintain such records. I am a custodian of Citibank's records and am qualified to authenticate these documents.

Executed on September 3rd, 2026, in Studio City, California.

/s/ [signature]

# Exhibit A

PRINT SAVE CLEAR

**CitiBusiness®**

citi

| | | | | | |
|---|---|---|---|---|---|
| Financial Center # | 0649 | Marketplace | 013 | Current Date | 08/30/2023 |
| Tax ID | 93-3067242 | | | | |
| Business Name | VERDANT MANAGEMENT COMPANY LLC | | | | |

| Account # (S) | Print First and Last Name | Signature |
|---|---|---|
| 208419861 | Signer 1: MARISSA GONZALES | X M Gonzales |
| | Signer 2: | X |
| | Signer 3: | X |
| | Signer 4: | X |

**CitiBusiness®**

citi

| | | | | | |
|---|---|---|---|---|---|
| Financial Center # | 0649 | Marketplace | 013 | Current Date | 08/30/2023 |
| Tax ID | 93-3067242 | | | | |
| Business Name | VERDANT MANAGEMENT COMPANY LLC | | | | |

| Account # (S) | Print First and Last Name | Signature |
|---|---|---|
| 208419861 | Signer 1: MARISSA GONZALES | X M Gonzales |
| | Signer 2: | X |
| | Signer 3: | X |
| | Signer 4: | X |

© 2014 Citibank, N.A., Member FDIC. Citi with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.
(Eff. 10/20/12)

# Business Deposit Account Application

citi

## Business Information

Business Name: VERDANT MANAGEMENT COMPANY LLC

Doing Business As/DBA *(if applicable)*:

Business Entity Type *(Select One)*
☐ Corporation ☐ Unincorporated Association ☐ Public Entity
☐ Partnership (General, limited or Law) ☒ Limited Liability Company ☐ Business Trust
☐ Limited Liability Partnership ☐ Sole Proprietorship

Is the Entity a Not-For-Profit/Non-Government Organization? ☐ Yes ☒ No

Tax Identification Number: 93-3067242

Type of Tax ID *(Select One)*: ☐ Social Security Number ☒ Employer ID Number

Business Start Date: 08/24/2023

Number of Locations: 1

Annual Gross Revenue: $ 200000

Annual Net Profit: $ 100000

Number of Employees/Agents: 1

Business Phone: 2134324956

Business Fax:

Is Business Home Based? ☒ Yes ☐ No

Business Industry/Activity/Description: INTERIOR DESIGN FOR THE GENERAL PUBLIC

Is this entity effectively controlled or owned by another entity that issues bearer shares? ☐ Yes ☒ No

Primary Contact Name: MARISSA GONZALES

Primary Contact Phone: [redacted]

Primary Contact Email: VERDANTMGMT98@GMAIL.COM

## Physical Address

Street Number: 3768

Street Name: BERRY DR

Suite/Mailstop/etc. *(if applicable)*: :

City: STUDIO CITY

State: CA

Zip: 91604

## Mailing Address *(if different than above)*

Street Number:

Street Name:

Suite/Mailstop/etc. *(if applicable)*: :

City:

State:

Zip:

## Deposit Product Selection (Complete all fields for each account requested. Add additional pages, if needed.)

### Account 1

Product *(Select One)*: ☒ Checking Account ☐ Savings Account ☐ Money Market Account ☐ Certificate of Deposit (CD)

Intended Balance *(Select One)*: ☐ Under $25,000 ☒ $25,000-$50,000 ☐ $50,000-$250,000 ☐ $250,000-$500,000 ☐ $500,000-$1 million ☐ Greater than $1 million

Source of Initial Deposit *(Select all that apply)*: ☐ Cash/Currency ☐ Citibank Account ☐ Other ______ ☒ Check from Existing Bank ☐ Wire from Existing Bank

Purpose of Account *(Select all that apply)*: ☒ Operating ☐ Savings ☐ Payroll ☐ Investment ☐ Petty Cash ☐ Other ______

Checking Account Type: ☒ Streamlined ☐ Flexible ☐ CitiBusiness® ☐ Interest Checking

CD Maturity Options *(if applicable)*: CD Term: ______ ☐ Roll over CD at maturity ☐ Transfer principal and interest at maturity to account #: ______

CD Interest Options *(if applicable)*: ☐ Interest at maturity *(terms less than 1 year)* ☐ Post to Account ☐ Post Interest to Account #: ______ ☐ Mail check to account address

### Account 2

Product *(Select One)*: ☐ Checking Account ☐ Savings Account ☐ Money Market Account ☐ Certificate of Deposit (CD)

Intended Balance *(Select One)*: ☐ Under $25,000 ☐ $25,000-$50,000 ☐ $50,000-$250,000 ☐ $250,000-$500,000 ☐ $500,000-$1 million ☐ Greater than $1 million

Source of Initial Deposit *(Select all that apply)*: ☐ Cash/Currency ☐ Citibank Account ☐ Other ______ ☐ Check from Existing Bank ☐ Wire from Existing Bank

Purpose of Account *(Select all that apply)*: ☐ Operating ☐ Savings ☐ Payroll ☐ Investment ☐ Petty Cash ☐ Other ______

Checking Account Type: ☐ Streamlined ☐ Flexible ☐ CitiBusiness® ☐ Interest Checking

CD Maturity Options *(if applicable)*: CD Term: ______ ☐ Roll over CD at maturity ☐ Transfer principal and interest at maturity to account #: ______

CD Interest Options *(if applicable)*: ☐ Interest at maturity *(terms less than 1 year)* ☐ Post to Account ☐ Post Interest to Account #: ______ ☐ Mail check to account address

## Deposit Only Cards

☐ Please Issue Deposit Only Card(s) How Many?: ______

©2019 Citibank, N.A. Member FDIC. Citi, Citi with Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world. All rights reserved.
(Eff. 10/2019)

# Business Deposit Account Application

citi

## Account Activity–Select Yes or No for each question. If any "Yes", then complete Addendum A for each account on the application.

| | |
|---|---|
| Will you provide check cashing services (i.e. offer cash back from checks you receive), foreign currency services, money transmission services or sell financial instruments such as money orders, travelers checks, reloadable Debit Cards (such as Visa/MC/AmEx) or single-use cards totaling more than $1,000? | ☐ Yes ☒ No |
| Will you send or receive wires to/from countries outside of the United States? | ☐ Yes ☒ No |
| Will you deposit or withdraw more than $40,000 in cash, travelers checks or money orders each month? | ☐ Yes ☒ No |
| Will you hold or transact any funds in this account that belong to one or more of your customers and are not part of your business' operating funds? (e.g., Will any funds be held as an investment for a client, or used to settle funds similar to an investment service or trust arrangement?) | ☐ Yes ☒ No |

## Signer Information–Complete for each signer. If more than 4 signers, then add Signer Personal Information form.

Do any owners own 10% or more of the business but are not signers on the account? *(complete Addendum B if "Yes")* ☐ Yes ☒ No

### Signer 1

| First Name | MI | Last Name | Suffix | Date of Birth |
|---|---|---|---|---|
| MARISSA | | GONZALES | | [redacted] |

| Business Title | Email Address | Telephone Number | % Company Owned |
|---|---|---|---|
| MEMBER | | [redacted] | 100 |

| First School Attended | Mother's Maiden Name | Social Security Number/ITIN* | Issue Card: |
|---|---|---|---|
| WASHINGTON | BROWN | [redacted] | ☐ Debit ☐ ATM ☒ None |

Citizenship *(Select One)*
☒ US Citizen ☐ Non Resident Alien (NRA)
☐ Resident Alien ☐ Permanent Resident Alien (PRA)

If Resident Alien or NRA or PRA, then complete A and B below:
A. Countries of Citizenship: UNITED STATES
B. Is Signer a Senior Public Figure (SPF) or related to an SPF? ☐ Yes ☒ No

| Identification – Type | State | Number | Issue Date | Expiration Date |
|---|---|---|---|---|
| PHOTO U.S. DRIVER'S LICENSE | CA | [redacted] | 02/17/2019 | 12/16/2024 |

### Signer 2

| First Name | MI | Last Name | Suffix | Date of Birth |
|---|---|---|---|---|
| | | | | |

| Business Title | Email Address | Telephone Number | % Company Owned |
|---|---|---|---|
| | | | |

| First School Attended | Mother's Maiden Name | Social Security Number/ITIN* | Issue Card: |
|---|---|---|---|
| | | | ☐ Debit ☐ ATM ☐ None |

Citizenship *(Select One)*
☐ US Citizen ☐ Non Resident Alien (NRA)
☐ Resident Alien ☐ Permanent Resident Alien (PRA)

If Resident Alien or NRA or PRA, then complete A and B below:
A. Countries of Citizenship: ______
B. Is Signer a Senior Public Figure (SPF) or related to an SPF? ☐ Yes ☐ No

| Identification – Type | State | Number | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

### Signer 3

| First Name | MI | Last Name | Suffix | Date of Birth |
|---|---|---|---|---|
| | | | | |

| Business Title | Email Address | Telephone Number | % Company Owned |
|---|---|---|---|
| | | | |

| First School Attended | Mother's Maiden Name | Social Security Number/ITIN* | Issue Card: |
|---|---|---|---|
| | | | ☐ Debit ☐ ATM ☐ None |

Citizenship *(Select One)*
☐ US Citizen ☐ Non Resident Alien (NRA)
☐ Resident Alien ☐ Permanent Resident Alien (PRA)

If Resident Alien or NRA or PRA, then complete A and B below:
A. Countries of Citizenship: ______
B. Is Signer a Senior Public Figure (SPF) or related to an SPF? ☐ Yes ☐ No

| Identification – Type | State | Number | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

### Signer 4

| First Name | MI | Last Name | Suffix | Date of Birth |
|---|---|---|---|---|
| | | | | |

| Business Title | Email Address | Telephone Number | % Company Owned |
|---|---|---|---|
| | | | |

| First School Attended | Mother's Maiden Name | Social Security Number/ITIN* | Issue Card: |
|---|---|---|---|
| | | | ☐ Debit ☐ ATM ☐ None |

Citizenship *(Select One)*
☐ US Citizen ☐ Non Resident Alien (NRA)
☐ Resident Alien ☐ Permanent Resident Alien (PRA)

If Resident Alien or NRA or PRA, then complete A and B below:
A. Countries of Citizenship: ______
B. Is Signer a Senior Public Figure (SPF) or related to an SPF? ☐ Yes ☐ No

| Identification – Type | State | Number | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

*Foreign gov't issued ID required for NRA in lieu of SSN/ITIN

©2019 Citibank, N.A. Member FDIC. Citi, Citi with Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world. All rights reserved.
(Eff. 10/2019)

# Business Deposit Account Application

citi

## Account Agreement and Authorization (To be completed by customer only)

By signing below, I acknowledge and agree both individually, as applicable, and on behalf of the business identified in this application (the "Business"): (1) that I have received and agree to be bound by any agreement governing any account and service for which I am applying for within including the terms and conditions of the CitiBusiness® Client Manual and Schedule of Fees and Charges; (2) Citibank may obtain credit reports and make other inquiries it deems appropriate about both the Business and me individually; (3) any signer identified within this application may open additional accounts and enter into contracts for banking services on behalf of the Business; (4) and if I am a plan sponsor and/or plan fiduciary and the plan is subject to the Employee Retirement Income Security Act of 1974 ("ERISA"), by opening an account covered in this application, I have reviewed the CitiBusiness ERISA Section 408(b)(2)Disclosure Document made available to me reasonably in advance of my decision to open the account and that after my review, I made an independent decision that the fees and other compensation are reasonable for the services being provided by Citibank. I further consent to Citibank updating or changing the Disclosure Document by posting updated documents and/or notices at *http://citi.com/investorinfo/advisoryprivacy/408b2disclosures.html* and that I am responsible for checking the website periodically for such updates.

## Tax Certification – Additional Documentation Required to Avoid Tax Withholding

In accordance with requirements of the Internal Revenue Code, I understand that my business must supply Citibank with a properly-executed tax certification form to establish U.S. Person or non-U.S. Person status for U.S. tax information reporting purposes. To comply with such requirement, my business will provide an executed IRS Form W-9 or Form W-8, as appropriate. If a validly executed IRS Form W-9 or Form W-8 is not provided, I understand that Citibank will implement backup withholding on interest earned on my business account(s) immediately upon account opening. Such backup withholding will continue to apply until the appropriate validly-executed tax certification form is provided. If this occurs, I understand that Citibank may not be able to refund the withheld taxes.

Forms W-9 and W-8 and associated instructions can be obtained on the IRS Forms and Publications website, the link for which is:

http://www.irs.gov/Forms-&-Pubs

| | |
|---|---|
| MARISSA GONZALES | X M. Gonzales |
| Print First and Last Name | Authorized Signature |
| MEMBER | 08/30/2023 |
| Business Title (Capacity Acting In) | Date |
| | X |
| Print First and Last Name | Authorized Signature |
| | 08/30/2023 |
| Business Title (Capacity Acting In) | Date |

**Bank Use Only**

| Linking-List Related Account | Card Access |
|---|---|
| ☐ Safety Check ☐ Statement<br>☐ Account Analysis | Card Access for signers designated in signer section? ☐ Yes ☒ No<br>Primary Account linked to Card? ☐ Yes ☐ No |
| Account Officer – Print Name<br>Serpuhi Hekimian | Phone Number<br>[redacted] |

©2019 Citibank, N.A. Member FDIC. Citi, Citi with Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world. All rights reserved.
(Eff. 10/2019)

# BUSINESS–GENERAL DEPOSIT RESOLUTION

citi

☐ Corporation ☒ Limited Liability Company (LLC) ☐ Partnership ☐ Limited Liability Partnership (LLP) ☐ Unincorporated Association

Business Name: VERDANT MANAGEMENT COMPANY LLC

Doing Business As/DBA (if applicable): ____________

**Authorization-** The business identified in this Business Resolution (the "Business") acknowledges that all accounts now or hereafter established under this Business Resolution shall be governed by the rules and regulations of Citibank, N.A. (the "Bank") including those set forth in the Bank's CitiBusiness® Client Manual, receipt of which is hereby acknowledged, and applicable state and federal laws. The Bank reserves the right to change its rules and regulations from time to time.

Each person who signs this Business Resolution is authorized, on behalf of the Business, to open deposit accounts at the Bank, sign checks and other orders with respect to any funds to the credit of the Business and to give the Bank instructions to withdraw funds, to endorse and deposit checks and other items that are payable or belonging to the Business and to otherwise transact on all accounts of the Business in any manner permitted by the Bank. In addition, each such person individually is authorized to assign, transfer or pledge any property of the Business, on behalf of the Business, to execute indemnities, assignments, receipts and other documents, to contract for and use online and mobile banking and various cash management services (and delegate authority to transact upon accounts to designated persons using such services) and to conduct any and all other lawful business with the Bank.

The Business agrees that the Bank assumes no responsibility for the payment of a check, draft or other item drawn on or execution of a funds transfer or other debit instruction against any account of the Business or for any withdrawal from any account which is honored and bears only a single signature of or is otherwise authorized by one of the individuals designated below. The Bank may rely on this authorization for each account of the Business until the Bank receives written notice revoking the authorization at the office where the account is maintained and until the Bank has had a reasonable time to act on such notice.

The Bank is authorized to pay any check, draft or other instrument for the payment of money drawn on any account of the Business which bears or appears to bear the signature or facsimile signature provided below or such other signature later certified to the Bank to be authorized by the Business, if such signature, regardless of how or by whom affixed, resembles a specimen signature provided to the Bank.

If the Limited Liability Company (LLC) box is checked, the person executing this Business Resolution on behalf of the Business (the "Undersigned") certifies that the manager(s) or all members with banking authority have signed below. If the Partnership or LLP box is checked, the Undersigned certifies that the persons whose names appear below are the owners as co-partners and constitute all general partners with banking authority of the above-mentioned partnership. The Undersigned certifies to the Bank that the Undersigned has taken all actions and obtained all authorizations, consents and approvals as are necessary to the Undersigned's authority to execute this Resolution on behalf of the Business and in such capacity as is required by the Business.

| Print First and Last Name | Signature/Facsimile Signature |
|---|---|
| MARISSA GONZALES | X M. Gonzales |
| | X |
| | X |
| | X |
| | X |
| | X |

RESOLVED, that this Business establish one or more deposit accounts with the Bank and that this Business adopts for each account the Authorization above. RESOLVED, that the person(s) whose name(s) appear above are each authorized, acting singly to establish and operate for this Business one or more accounts now and additional accounts from time to time, and to designate persons to perform transactions with respect to each account. I certify that this Business Resolution was adopted by this Business in accordance with applicable law and its charter, bylaws or other organizational documents, and is now in full force and effect. I further certify that all of the signatures are originals or the actual facsimiles used when issuing or negotiating checks.

| If entity is... | | ...then the Signature of the... | | ... or other such authorized person is required. |
|---|---|---|---|---|
| | *Corporation* | | *Secretary or President or CEO* | |
| | *LLC* | | *Member or Manager or President* | |
| | *Partnership/LLP* | | *Partner* | |
| | *Unincorporated Association* | | *President or Secretary or Treasurer* | |

X M. Gonzales
Signature

MARISSA GONZALES
Print First and Last Name

08/30/2023
Date

©2019 Citibank, N.A. Member FDIC. Citi, Citi with Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world. All rights reserved

**CitiBusiness®** citi

| Financial Center # | 0649 | Marketplace | 013 | Current Date | 08/30/2023 |
|---|---|---|---|---|---|
| Tax ID | 93-3067242 | | | | |
| Business Name | VERDANT MANAGEMENT COMPANY LLC | | | | |

| Account # (S) | Print First and Last Name | Signature |
|---|---|---|
| | Signer 1: MARISSA GONZALES | X M Gonzales |
| | Signer 2: | X |
| | Signer 3: | X |
| | Signer 4: | X |

**CitiBusiness®** citi

| Financial Center # | 0649 | Marketplace | 013 | Current Date | 08/30/2023 |
|---|---|---|---|---|---|
| Tax ID | 93-3067242 | | | | |
| Business Name | VERDANT MANAGEMENT COMPANY LLC | | | | |

| Account # (S) | Print First and Last Name | Signature |
|---|---|---|
| | Signer 1: MARISSA GONZALES | X M Gonzales |
| | Signer 2: | X |
| | Signer 3: | X |
| | Signer 4: | X |

© 2014 Citibank, N.A., Member FDIC. Citi with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.
(Eff. 10/20/12)

# Beneficial Ownership Declaration
For All Clients Excluding Sole Proprietors

citi

## Section A: Company Information

**Company Name:** VERDANT MANAGEMENT COMPANY LLC

To Whom It May Concern:
The following details are provided to Citibank, N.A. ("Citibank") by the above named company regarding the beneficial ownership structure of the Company.

## Section B: Individuals

Details are provided below for the following individuals with actual ownership in the Company or effective control over the Company. Please complete all fields for each individual listed.

- Owners
- Controlling Persons
- Authorized Signers

***Please Note: Refer to page 5 for the requirements of each of these individuals. Also, note that the first individual provided below should be the FinCEN Designated Controlling Person. Section 1 may be left blank if the Company is Exempt from the FinCEN CDD Rule***

**1.**

| Account Signer | First Name | MI | Last Name | Suffix | Date of Birth | SSN/ITIN |
|---|---|---|---|---|---|---|
| ☑ Yes ☐ No | MARISSA | | GONZALES | | [redacted] | [redacted] |

| % of Ownership or Contribution | Residential Address: Street Number | Street Name | Apartment/Floor/ Unit# | City | State | Zip |
|---|---|---|---|---|---|---|
| 100 | [redacted] | [redacted] | | STUDIO CITY | CA | 91604 |

| Citizenship | Country of Citizenship | Country of Residence | Senior Public Figure (SPF) or Related to SPF?* | Role/Business Title | Association |
|---|---|---|---|---|---|
| ☑ US Citizen ☐ Permanent Resident Alien (PRA) ☐ Resident Alien (RA) ☐ Non-Resident Alien (NRA) | UNITED STATES | UNITED STATES | ☐ Yes ☑ No | MEMBER | ☑ FinCEN Designated Controlling Person |

***Below only required if Account Signer = No and Citizenship = NRA***

| Identification Type | State | Number | Issue Date | Expiration Date |
|---|---|---|---|---|
| PHOTO U.S. DRIVER'S LICENSE | CA | [redacted] | 02/17/2019 | 12/16/2024 |

**2.**

| Account Signer | First Name | MI | Last Name | Suffix | Date of Birth | SSN/ITIN |
|---|---|---|---|---|---|---|
| ☐ Yes ☐ No | | | | | | |

| % of Ownership or Contribution | Residential Address: Street Number | Street Name | Apartment/Floor/ Unit# | City | State | Zip |
|---|---|---|---|---|---|---|
| | | | | | | |

| Citizenship | Country of Citizenship | Country of Residence | Senior Public Figure (SPF) or Related to SPF?* | Role/Business Title | Association |
|---|---|---|---|---|---|
| ☐ US Citizen ☐ Permanent Resident Alien (PRA) ☐ Resident Alien (RA) ☐ Non-Resident Alien (NRA) | | | ☐ Yes ☐ No | | ☐ Controlling Person ☐ Authorized Signer |

***Below only required if Account Signer = No and Citizenship = NRA***

| Identification Type | State | Number | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

*If Yes to Senior Public Figure or related to an SPF, complete Addendum H (*SPF – Senior Public Figure: current or former politically exposed person such as senior official in the executive, legislative, administrative, military or judicial branches, major political party*).

©2021 Citibank, N.A. Member FDIC. Citi, Citi with Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world. All rights reserved.

# Beneficial Ownership Declaration

For All Clients Excluding Sole Proprietors

## Section C: Entities

Details are provided below for other entities within the chain of ownership in our Company. Additionally, a diagram of our ownership structure is provided in Section D:

| | Entity Name | % of Ownership/ Contribution | Full Address of Primary Business Location or Registered Address | Country of Formation or Incorporation | Association to the Client | Entity Type |
|---|---|---|---|---|---|---|
| 1. | | | | | | ☐ Business Trust or PIC[1]<br>☐ Private Company[2]<br>☐ Publicly Traded[3]<br>☐ Government |
| 2. | | | | | | ☐ Business Trust or PIC[1]<br>☐ Private Company[2]<br>☐ Publicly Traded[3]<br>☐ Government |
| 3. | | | | | | ☐ Business Trust or PIC[1]<br>☐ Private Company[2]<br>☐ Publicly Traded[3]<br>☐ Government |

[1] List 100% of the owners of the PIC, or Contributors to the Business Trust, in Section B.
[2] Less than 50% shares traded on a recognized exchange. List any owner of the Private Company, whose indirect ownership in the account is 10% or more, in Section B.
[3] 50%+ shares traded on a covered exchange; e.g., NYSE or NASDAQ.

## Section D: For Multi-Layered Entities Only

In the space below, or on a separate document, please provide a diagram of your complete ownership structure, including all layers (example shown below).

**Multi-Layered Entity Example:**




©2021 Citibank, N.A. Member FDIC. Citi, Citi with Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world. All rights reserved.
(Eff. 5/2021)

# Beneficial Ownership Declaration
For All Clients Excluding Sole Proprietors

citi

## Section E: Bearer Shares *(Bearer Shares: negotiable instruments that accord ownership of a company to the person who possesses the share certificates, which are not registered and do not contain the name of the shareholder)*

**Attestation for Entity and Beneficial Owners**
The undersigned certifies and agrees (select one):

☑ That none of the entities noted in this document are authorized to issue bearer shares.
☐ That if the entities noted in this document are authorized to issue bearer shares, they have not issued and do not maintain outstanding bearer shares and will not issue bearer shares so long as the entity maintains an account at Citibank. The undersigned understands that Citibank prohibits bearer share entities.
☐ That the entities noted in this document have issued bearer shares but have since converted them into registered shares.

## Section F: Certification

**I certify, to the best of my knowledge, that the information provided in this Beneficial Ownership Declaration is complete and correct and that the Company will notify Citibank promptly of any changes.**

Respectfully submitted,

Signature: M Gonzales    Date: 08/30/2023

Printed Name: MARISSA GONZALES    Title: MEMBER

## Section G: Independent Certification

In certain limited instances, Citibank may require certification of your ownership structure from an independent source, such as your attorney or accountant. We will inform you if this additional certification is required.

I ______________ (Name) as the attorney/accountant (Circle one) for ______________ (Business Name)

hereby certify the contents of this declaration and confirm all details are true and correct.

Signature ______________    License/Registration # ______________    Date 08/30/2023



©2021 Citibank, N.A. Member FDIC. Citi, Citi with Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world. All rights reserved.
(Eff. 5/2021)

# Beneficial Ownership Declaration

For All Clients Excluding Sole Proprietors

citi

**Instructions for Completing the Beneficial Ownership Declaration**

**Section A:**
- Company Name

**Section B:**
- List any individuals who meet the criteria below based on your entity type.

**Section C:**
- List any other entities within the ownership structure of your Company
- For Not-for-Profit/Charitable Organizations, list any entities that donate 10% or more in a fiscal year.

**Section D:**
- Provide a diagram in the space provided, or on a separate document, outlining the complete ownership structure of your Company.

**Section E:**
- Select the applicable box attesting to the status of Bearer Shares in your Company

**Section F:**
- A Controlling Person listed in Section B executes the document by signing, dating, and listing their title.

**Section G:**
- Independent certification by accountant or attorney (only when requested by Citibank)

**Complete all applicable sections following the table below**

| ALL CUSTOMERS | ADDITIONAL SECTIONS FOR MULTI-LAYERED ENTITES ONLY | INDEPENDENT CERTIFICATION (only when requested) |
|---|---|---|
| Section A | Section C | Section G |
| Section B | | |
| Section E | Section D | |
| Section F | | |

| | Corporation | Limited Liability Company | Partnership | Unincorporated Association | Not-for-Profit/ Charitable Organization | Single Member LLC | Business Trust |
|---|---|---|---|---|---|---|---|
| Owners | Any individual with 10% or more ownership; either directly or indirectly through another entity. For Personal Investment Companies (PICs), individuals with any ownership must be listed. | | | | • Founder<br>• Any donor contributing 10% or more in the last fiscal year; either directly or indirectly through another entity | Owner | • All Grantors<br>• Any vested beneficiaries of 10% or more of the trust assets |
| Controlling Persons [1] | Executive Management (e.g. CEO, CFO, President, Chairman) | Executive Management (e.g. CEO, CFO, President, Chairman) | Managing Partners | Executive Management (e.g. CEO, CFO, President, Chairman) | Executive Management (e.g. CEO, CFO, President, Chairman) | Owner | Trustees |
| Authorized Signers | Individuals appointed by the legal entity, per Company's Articles of Organization or other formation documents, as authorized signers of the Company, whether signing on Citibank accounts or not. | | | | | Owner | Trustees |

[1] **The first individual listed in Section B should be the FinCEN Designated Controlling Person. If the Company is exempt from the FinCEN CDD Rule, Section #1 may be blank. FinCEN Designated Controlling Person is defined as *"A single individual with significant responsibility to control, manage or direct* the Company, *such as a CEO, CFO, managing partner or other individual who performs similar functions"*.**

©2021 Citibank, N.A. Member FDIC. Citi, Citi with Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world. All rights reserved.

Form **W-9**
(Rev. October 2018)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer Identification Number and Certification

▶ Go to *www.irs.gov/FormW9* for instructions and the latest information.

**Give Form to the requester. Do not send to the IRS.**

**Print or type.**
**See Specific Instructions on page 3.**

1 Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.
MARISSA GONZALES

2 Business name/disregarded entity name, if different from above
VERDANT MANAGEMENT COMPANY LLC

3 Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

☑ Individual/sole proprietor or single-member LLC ☐ C Corporation ☐ S Corporation ☐ Partnership ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ ______

**Note:** Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

4 Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) ______

Exemption from FATCA reporting code (if any) ______

*(Applies to accounts maintained outside the U.S.)*

5 Address (number, street, and apt. or suite no.) See instructions.
3768 BERRY DR

Requester's name and address (optional)

6 City, state, and ZIP code
STUDIO CITY, CA 91604

7 List account number(s) here (optional)

## Part I Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN,* later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

**Social security number**

[redacted] 8 – [redacted]

**or**

**Employer identification number**

– 

## Part II Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here** **Signature of U.S. person ▶** **Date ▶** 8/30/23

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9.*

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

- Form 1099-INT (interest earned or paid)
- Form 1099-DIV (dividends, including those from stocks or mutual funds)
- Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
- Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
- Form 1099-S (proceeds from real estate transactions)
- Form 1099-K (merchant card and third party network transactions)
- Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
- Form 1099-C (canceled debt)
- Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

# Navigate **Personal** Checking SM

July 31, 2023 ■ Page 1 of 6

WELLS FARGO

MARISSA GONZALES
3768 BERRY DR
STUDIO CITY, CA 91604

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
1-800-CALL-WELLS (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 07/1 | $93,833.57 |
| Deposits/Credits | 50,250.15 |
| Withdrawals/Debits | - 144,075.10 |
| Ending balance on 07/31 | $8.62 |

Account number: 3514536487

**MARISSA GONZALES**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

202358716158

B2056-6539 08/24/2023 3:49 AM Received by California Secretary of State

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**ARTICLES OF ORGANIZATION**
**CA LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only
**-FILED-**
File No.: 202358716158
Date Filed: 8/24/2023

| | |
|---|---|
| **Limited Liability Company Name** | |
| Limited Liability Company Name | VERDANT MANAGEMENT COMPANY LLC |
| **Initial Street Address of Principal Office of LLC** | |
| Principal Address | 1400 N CAHUENGA BLVD<br>LOS ANGELES, CA 90028 |
| **Initial Mailing Address of LLC** | |
| Mailing Address | 1400 N CAHUENGA BLVD<br>LOS ANGELES, CA 90028 |
| Attention | |
| **Agent for Service of Process** | |
| Agent Name | MARISSA GONZALES |
| Agent Address | 1400 N CAHUENGA BLVD<br>LOS ANGELES, CA 90028 |
| **Purpose Statement** | |
| The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act. | |
| **Management Structure** | |
| The LLC will be managed by | One Manager |
| Additional information and signatures set forth on attached pages, if any, are incorporated herein by reference and made part of this filing. | |
| **Electronic Signature** | |
| ☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign. | |
| *MARISSA GONZALES*<br>Organizer Signature | *08/24/2023*<br>Date |