**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **CAPITAL TITLE OF TEXAS, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 26-1235** |
| | § | |
| **CITIBANK, N.A.,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER GRANTING CITIBANK, N.A.'S MOTION TO DISMISS**

Before the Court is Defendant Citibank, N.A.'s ("**Citibank**") Motion to Dismiss ("**Motion**"). Having considered the Motion, response, and the applicable law, the Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Citibank's Motion is **GRANTED** and that Plaintiff Capital Title of Texas, LLC's operative complaint, *see* ECF No. 1, Ex. A-6, is hereby **DISMISSED WITH PREJUDICE**.

All relief not expressly granted herein is **DENIED**.

**SO ORDERED.**

__________________________________
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE